UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>   Plaintiff,<br><br>   v.<br><br>PAM AHLIN, et al.,<br><br>   Defendants. | 1:14-cv-00164-GSA (PC)<br><br>ORDER TO SUBMIT A<br>**NON-PRISONER** APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>**OR** PAY THE $400.00 FILING FEE<br>WITHIN THIRTY DAYS |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff filed the Complaint commencing this action on February 6, 2014, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) However, the application submitted by plaintiff is not on the appropriate form for a non-prisoner.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the attached form for application to proceed in forma pauperis **for a non-prisoner**;

2. Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis **for a non-prisoner**, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **February 6, 2014**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

1