# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-00164-LJO-SAB-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE A STATUS REPORT<br><br>FORTY-FIVE DAY DEADLINE |

　　　　Plaintiff Ruben Herrera is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff is currently a patient at Coalinga State Hospital (CSH).  As noted in the findings and recommendations filed concurrently with this order, Plaintiff has stated a claim for relief against Defendant John Doe Department of Public Safety (DPS) officers for excessive use of force on September 18, 2011, on the Secured Services Unit (SSU) courtyard by firing non-lethal rounds at Plaintiff in order to get him to climb down from a pole.   Plaintiff has not provided the names of the DPS officer or officers that fired the non-lethal rounds at Plaintiff.

　　　　 Although the use of Doe defendants is acceptable to withstand dismissal of the complaint at the screening stage, those person or persons cannot be served with process in this action until they are identified by their names.  The burden is on Plaintiff to discover the identity of the defendant(s).  Plaintiff should seek to discover the identity of Doe defendant(s) and move to

substitute him/them into the case as soon as possible.  Plaintiff may be able to locate names from incident reports, Rules Violation Reports, his central file, or other documents available for Plaintiff to review.  Within 45 days of service of this order, Plaintiff shall either file a motion to substitute the Doe Defendant(s) or file a status report explaining the actions he took to locate the name of Doe defendant(s).  Failure to comply with this order may result in a recommendation to dismiss.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall, within forty-five days of the date of service of this order, file a status report notifying the Court what actions he has taken to locate the name of Doe defendants.

IT IS SO ORDERED.

Dated:   **May 6, 2016**                               /s/ *Barbara A. McAuliffe*                _
                                                                            UNITED STATES MAGISTRATE JUDGE