# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>        Plaintiff,<br><br>   v.<br><br>JACOB REDDING,<br><br>        Defendant. | Case No.: 1:14-cv-00164-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING THAT THE COURT ORDER THAT DEFENDANT PROVIDE HIM A COPY OF DEPOSITION TRANSCRIPT<br><br>(Doc. 41) |

Plaintiff Ruben Herrera is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a court order that Defendant provide him a copy of deposition transcript. (Doc. 41.) Plaintiff seeks access to a copy of the transcript of his deposition, at Defendant's expense.

Plaintiff's motion is denied. His indigent status does not entitle him to free copies of deposition transcripts. *Clemente v. Parciasepe*, No. 2:14-CV-0611 KJN P, 2015 WL 6447495, at *2 (E.D. Cal. Oct. 23, 2015) ("The expenditure of public funds for deposition transcripts is not authorized by the *in forma pauperis* statute or any other statute.") (citing 28 U.S.C. § 1915). Nor are Defendants required to provide Plaintiff with any free copy of a deposition transcript. *Id*. (citing *Whittenberg v. Roll*, No. CIV S-04-2313 FCD JFM P, 2006 WL 657381, at *5 (E.D. Cal. Mar. 15, 2006). As indicated in defense counsel's June 28, 2018 letter to Plaintiff, he may obtain a copy of the transcript from the officer before whom it was taken, upon payment of reasonable charges. *Id*. (citing Fed. R. Civ. P. 30(f)(3)).

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motion that the court order that Defendant provide him a copy of deposition transcript (Doc. 41) is denied.

IT IS SO ORDERED.

Dated: **July 17, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE