# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HERRERA,<br><br>        Plaintiff,<br><br>   v.<br><br>JACOB REDDING,<br><br>        Defendant. | Case No.: 1:14-cv-00164-LJO-BAM (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S DENIAL OF RELEASE OF DEPOSITION TRANSCRIPTS<br><br>(Doc. No. 49) |

    Plaintiff Ruben Herrera is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 13, 2018, Plaintiff filed a motion seeking for a copy of his deposition transcript, free or at Defendant's expense, based on his indigent status. (Doc. No. 41.) On July 17, 2018, the assigned Magistrate Judge denied Plaintiff's motion.

    Currently before the Court is Plaintiff's objection to Magistrate Judge's July 17, 2018 order. (Doc. No. 49.) Plaintiff objects that the Magistrate Judge erred because under the Federal Rule of Civil Procedures, he is entitled to review the deposition transcript to remove any errors or irregularities.

    Federal Rule of Civil Procedure 30(e) permits a deponent to review and make changes to his deposition testimony "in form or substance" upon request before the deposition is completed, made to the officer taking the deposition—the court reporter or deposition officer. This is not

grounds for a free copy of the deposition transcript by court order or at the Defendant's expense. Plaintiff has shown no error in the Magistrate Judge's ruling, as he is not entitled to any free copy of his deposition transcript. He must obtain it from the officer before whom the deposition was taken. *See, e.g.*, *Vanderbusch v. Chokatos*, No. 1:13-cv-01422-LJO-EPG (PC), 2018 WL 3031488, at * 2 (E.D. Cal. June 15, 2018) (citing authorities).

Plaintiff further argues that Defendant's potential use of his deposition transcript may violate the Federal Rules of Evidence regarding admitting character evidence. This is speculative, as the issue is not currently before the Court. Further, as Plaintiff was present at his deposition and gave his testimony, his argument that he is being denied equal access to discovery by being denied a free copy of his deposition transcript has no merit.

Accordingly, Plaintiff's objection is HEREBY OVERRULED.

IT IS SO ORDERED.

Dated: **August 16, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE